UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

                Plaintiff,

-against-

LISA SMITH; KENNETH KARAS;
MICHAEL CATANIA, TARHIS, CATANIA,
LIBERTH, MAHON & MILLIGRAM PLLC;
LARA KASPER-BUCHAREFF, LEGAL
SERVICE OF THE HUDSON VALLEY,

                Defendants.

20-CV-7971 (CM)

CIVIL JUDGMENT

Pursuant to the order issued October 14, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 14, 2020
         New York, New York

                                                COLLEEN McMAHON
                                           Chief United States District Judge